[No. 9324–0–I.  Division One.  January 4, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MARGARET
CANNADY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 78293, James J. Dore, J., entered September
16, 1980. *Affirmed* by unpublished opinion per Callow, J.,
concurred in by Swanson and Williams, JJ.

[No. 9182–4–I.  Division One.  January 4, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY
KENNEDY, *Appellant.*

Appeal from judgments of the Superior Court for King
County, Nos. 79–8–01342–2, 79–8–01416–0, 79–8–01746–1,
George H. Revelle, J., entered August 1, 1980. *Affirmed* by
unpublished opinion per Swanson, J., concurred in by
Durham, A.C.J., and Williams, J.